58 So.2d 644

### ODUM LUMBER CO., Inc. v. SOUTHERN STATES IRON ROOFING CO.
### 6 Div. 360.

Supreme Court of Alabama.

May 1, 1952.

D. H. Markstein, Jr., Birmingham, for petitioner.

Burr, McKamy, Moore & Tate, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Odum Lumber Company, Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Odum Lumber Co., Inc., v. Southern States Iron Roofing Co., 58 So.2d 641.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.